**FILED**

July 15, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
                                    DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

MOUNISH KUKATLA,                             §
                                             §
        **Petitioner,**                     §
                                             §
v.                                           §
                                             §          **NO. SA-26-CV-4191-OLG**
DAVID VENTURELLA and                         §
WARDEN, SOUTH TEXAS ICE                      §
PROCESSING CENTER,                           §
                                             §
        **Respondents.**                    §

## ORDER

Pending before the Court is the status of this habeas action. Petitioner was admitted to the United States and overstayed his visa; thus, he is entitled to a bond hearing under 8 U.S.C. § 1226(a). No bond hearing has been held, however. That is because Petitioner only recently requested one. *See* Dkt. No. 4-2. Petitioner initiated this habeas case anyway, challenging his detention on the grounds that, because Respondents have not demonstrated the necessity of his detention, they have denied him due process. *See* Dkt. No. 1 at 8.

Petitioner is correct that he is entitled to due process. *See Zadvydas v. Davis*, 533 U.S. 678 (2001). But whether he exercises his right to that process—as set forth in § 1226(a)—is up to him. Insofar as Petitioner contends that the established process itself is unconstitutional because it impermissibly places the burden on him to demonstrate that he is neither a flight risk nor a danger to the community, he is mistaken. The Court has repeatedly held that "requiring Petitioner to bear the burden of proof at his bond hearing does not offend his right to due process." *See Rahimi v. Thompson*, No. 25-CV-1338, Dkt. No. 23 at 5–6 (W.D. Tex. Apr. 7, 2026).

      **IT IS THEREFORE ORDERED** that the Petition (Dkt. No. 1) is **DENIED.**

      This case is **CLOSED.**

SIGNED on July ____15____, 2026.

ORLANDO L. GARCIA
United States District Judge